**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TYQUAN GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 26-1596 (UNA) |
| v. | ) | |
| | ) | |
| CDC CONTROL DIAGNOSTIC CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Plaintiff in this case has filed an "Injunction," ECF No. 1, a motion for leave to proceed *in forma pauperis*, ECF No. 2, and a motion for discovery, ECF No. 3.[1] But missing from his filings is a complaint, and "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3; *In re Sealed Case No. 98-3077*, 151 F.3d 1059, 1069 n.9 (D.C. Cir. 1998) (noting that a civil action "must be initiated by complaint") (citing Fed. R. Civ. P. 3); *see also Adair v. England*, 193 F. Supp. 2d 196, 200 (D.D.C. 2002) ("A party commences a civil action by filing a complaint. . . [and] [w]hen no complaint is filed, the court lacks jurisdiction to entertain the plaintiff's petition for injunctive relief.") (citing Fed. R. Civ. P. 3).

Accordingly, the Court DENIES without prejudice the Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2; DISMISSES this matter without prejudice; and DENIES as moot the motion for discovery, ECF No. 3.

---

[1] Although the Plaintiff's filings are captioned "John Doe," the Plaintiff did not request leave to proceed under a pseudonym. The Plaintiff's name is written on the envelope that accompanied his filings. ECF No. 1-1.

2

The Court directs the Clerk of the Court to terminate this case from the active docket.


DATE: June 8, 2026                                  /s/
                                                    SPARKLE L. SOOKNANAN
                                                    United States District Judge

2